UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WARREN ZINNAMON,

                              Plaintiff,                      **22-CV-5914 (PAE) (VF)**

                  -against-                                **ORDER**

MODA XPRESS, INC.,

                             Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      On August 15, 2022, Defendant was served with the Complaint (ECF No. 6). Defendant's time to answer was September 6, 2022 (ECF No. 6). As Defendant has not filed an answer or otherwise appeared, the Court directs Defendant to appear in this case with counsel by **December 15, 2022**. Plaintiff is directed to mail this order to the last known address of Defendant.

      <u>Defendant is notified that failure to defend this action and/or participate in its proceeding may result in sanctions, including an entry of default judgment against it.</u>

                **SO ORDERED.**

DATED:     New York, New York
               November 30, 2022

                                                             _____
                                                             VALERIE FIGUEREDO
                                                             United States Magistrate Judge